# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Carla A Longerbeam

**V.**      **JUDGMENT IN A CIVIL CASE**

Michael J Astrue, Commissioner of Social Security

**CASE NUMBER:**   09cv864-DMS-PCL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's motion for summary judgment is Denied. Defendant's cross-motion for summary judgment is Granted, and the decision of the Administrative Law Judge is Affirmed.

| June 7, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON June 7, 2010